No. 01–10249.  SIMMONS *v.* CITY OF SHREVEPORT CODE EN-FORCEMENT BUREAU.  C. A. 5th Cir.  Certiorari denied. ■

No. 01–10250.  COLE *v.* MICHIGAN DEPARTMENT OF CORREC-TIONS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–10252.  STEWART *v.* MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–10253.  RAULS *v.* MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–10254.  ROBICHAUX *v.* LOUISIANA.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 01–10255.  McGHEE *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 01–10256.  KILBY *v.* UNITED STATES.  C. A. 3d Cir.  Cer-tiorari denied.

No. 01–10260.  EARL *v.* HOWES, WARDEN.  C. A. 6th Cir.  Cer-tiorari denied.

No. 01–10261.  MERCADO *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari de-nied.

No. 01–10263.  WILSON *v.* SPARKMAN, SUPERINTENDENT, MIS-SISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 01–10264.  RILEY *v.* EMERY WORLDWIDE AIRLINES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–10266.  BURNETT *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–10268.  TIMBERLAKE *v.* INDIANA.  Sup. Ct. Ind.  Cer-tiorari denied.

No. 01–10273.  TIJERINA *v.* UTAH BOARD OF PARDONS ET AL.  C. A. 10th Cir.  Certiorari denied.